IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF THE TREASURY, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:21-CV-0393-D |
| SEIZED FEDERAL SECURITIES, | § § § | |
| Defendant, | § § | |
| DUANE L. BERRY, BOP Register No. 62250-019, | § § § § | |
| Interested Party. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections on March 18, 2021. The undersigned district judge reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Any documents that Duane L. Berry has filed that should be construed as a motion are denied.

**SO ORDERED**.

March 25, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE